LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001
FX: (212) 581-4999

January 10, 2024

**VIA ECF**
Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11217

Re:   **United States v. Doe**, 17 CR 576 (BMC)

Dear Judge Cogan:

    I am writing on behalf of defendant John Doe to respectfully request an adjournment of the defendant's February 1, 2024 Sentencing in order to permit the government an opportunity to locate certain highly relevant materials from this case from before my office was retained and which both parties will need in order to prepare the defendant's sentencing submissions. The Court's schedule permitting, both the defendant and the government are available for the rescheduled sentencing on March 6-8 and 13-14, 2024.

    Thank you for the Court's consideration of this matter; I remain available for a conference should Your Honor deem it necessary.

Respectfully submitted,

Jeffrey Einhorn

cc:   William Campos, Esq.
       Assistant United States Attorney (by ECF)